SADIE KRIEGER, Respondent, v. ABRAHAM KRIEGER, Appellant. —

Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.